Sarah P. Bull, Respondent, v. The City of Rochester, Appellant.—Judgment affirmed, with costs. Opinion by Haight, J.

John Albright, Respondent, v. Ellen Davis and another, Appellants. — Judgment affirmed. Opinion by Bradley, J.

Obediah Petett, Respondent, v. The City of Buffalo, Appellant.—Judgment and order affirmed. Opinion by Barker, J.

Thomas Moore, Appellant, v. Henry A. Taylor and others, Respondents. — Order affirmed, with disbursements.

Mary E. A. O'Rourke, an Infant by Guardian, Appellant, v. Joshua Granger, as Executor, etc., Respondent.—Judgment affirmed, with costs to be paid by the guardian. Opinion by Smith, P. J.

Wilbur F. Hubbard, Respondent, v. Elias Richmond, Appellant. — Judgment and order affirmed.

Laura E. Wallace, Plaintiff, v. George Magee and others, Defendants.— Motion for new trial granted, with costs to abide event. Opinion by Haight, J.; Smith, P. J., not voting.

Laurelia Morris, as Administratrix, Respondent, v. The Lake Shore and Michigan Southern Railway Company, Appellant'— Judgment and order reversed, and new trial ordered, costs to abide event. Opinion by Bradley, J.; Barker, J., not sitting.

State Bank of Randolph, Appellant, v. William Hartson, Respondent.—Judgment affirmed, with costs. Haight, J., not sitting.

John D. Griswold, Respondent, v. Helen M. Griswold, Appellant. — Judgment affirmed. Opinion by Barker, J.; Smith, P. J , not sitting.

Isabella K. Arnold and another, Respondents, v. George A. Green, Appellant.— Judgment modified as indicated in the opinion of Bradley, J., and as so modified affirmed, with costs to the plaintiff. Opinion by Bradley J.; Smith, P. J., not sitting.

George Chapman, Respondent, v. The City of Rochester, Appellant.— Judgment affirmed, with costs. Opinion by Smith, P. J.

Albert G. Graham, Appellant, v. Archibald M. Graham and another, Executors, etc., Respondents.—Judgment affirmed. Opinion by Smith, P. J.

Cornelia Joslyn, Appellant, v. Ezra H. Graves, Respondent. — Judgment affirmed, without costs on the opinion of the referee.

Edward J. Kelsey and others, Respondents, v. James Sargeant and others, Appellants.—Order granting additional allowance affirmed, without costs.

Caroline Sweeney, Respondent, v. John Chadwick, Appellant, Impleaded, etc.— Judgment affirmed, with costs. Smith, P. J., not sitting.

The Pfaudler Barm Extracting and Bunging Apparatus Company, Respondent, v. Casper Pfaudler and others, Appellants.—Judgment affirmed, with costs. Opinion by Barker, J.; Smith, P. J., not sitting.

Moses P. Roberts, Respondent, v. William Ellwood, Appellant.—Judgment reversed and new trial ordered, costs to abide event. Opinion by Bradley, J.

Nancy Baker, Respondent, v. James Rutherford and others, Appellants.— So much of the order as is appealed from affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of the Lackawanna and Pittsburg Railroad Company to Acquire Lands of William Lampson, Appellant. — Order affirmed.

Hiland S. Hall, Appellant, v. Alexander W. Putnam, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Haight, J.

George W. Carter, Appellant, v. Joseph W. Wallace, Respondent. — Order affirmed, with ten dollars costs and disbursements.

The Hamilton Coal Company, Appellant, v. Edward C. Warner and others, Respondents.— Judgment affirmed. Opinion by Haight, J.

Ashbel F. Bard, Appellant, v. John L. McKinney and others, Respondents — Judgment affirmed.

John E. Morey, Jr., Respondent, v. The Morning Journal Association, Appellant.—Order affirmed, with ten dollars costs and disbursements.

Lyman E. Warren v. George A. Bennet and others. — Judgment affirmed. Barker J , not sitting.

Union Trust Company of New York, Appellant, v. The Rochester and Pittsburg Railroad Company, Respondent.—Order reversed and motion to amend judgment granted.

Erastus N. Lee, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant.—Motion for reargument, or for leave to appeal to the Court of Appeals, denied.

John T. Williams v. George M. Wheaton.

Same v. Same. — Motions for leave to appeal to Court of Appeals in each case granted upon condition that the appellant cause appeal to be perfected and the return filed with the clerk of the Court of Appeals on or before May 10, 1886, and upon the further condition that if the defendant requires it, within ten days from the date hereof, the plaintiff will join with the defendant in a stipulation that an appeal shall be taken in one of the actions only, and that the other action shall abide the event of such appeal, otherwise motions denied.

Wilson v. Doran. — Motion for leave to appeal to the Court of Appeals granted.

George Thayer v. Edwin W. Gilbert and others.— Motion for reargument denied; motion to modify memorandum of decision by striking out award of costs granted.

James F. Childs v. George C. Gordon. —Motion for reargument denied.

First National Bank of Penn Yan v. George Bruen. — Motion for reargument, or for leave to appeal to the Court of Appeals, denied.

Samuel McBlaine, as Assignee, etc., v. Charles M. Speelman. — Motion to open default and to restore case to the calendar denied.

William H. Abell, Respondent, v. Naomi Clark and others, Appellants. — Judgment affirmed. Opinion by Corlett, J.

Daniel M. Anthony, Appellant, v. Lebbeus R. Crippen, Respondent. — Judgment modified, as indicated in the opinion of Haight, J., and as so modified affirmed. without costs of this appeal to either party. The judgment to be settled by Haight, J., unless agreed upon between the parties.

George H. Ahrens and another, Respondents, v. Alonzo F. Kent and others, Appellants.—Judgment affirmed. Opinion by Bradley, J.

Stephen Main, Appellant, v. John Spink, Respondent. — Judgment affirmed, with costs. Opinion by Corlett, J.

The People of the State of New York, Respondent, v. Charles E. Beard, Appellant. — Judgment and order affirmed. Opinion by Corlett, J.; Bradley, J., not voting.

John W. Alexander and another, Appellants, v. Henry W. Chamberlain, Respondent, Impleaded, etc. — Judgment affirmed. Opinion by Bradley, J.

Solomon Longyor, Respondent, v. The United States Life Insurance Company, Appellant. — Judgment affirmed on the opinion of the referee and of the court in the case of King v. Same, Defendant.

John J. Landers, Appellant, v. The Frank Street Methodist Episcopal Church of Rochester, Respondent.—Judgment affirmed. Opinion by Lewis, J.; Barker, J., not sitting.

Thankful Tanner, Appellant, v. John Rummel, Respondent. —Judgment reversed and a new trial ordered, costs to abide event. Opinion by Bradley, J.; Haight, J., not sitting.